# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

**Fort Lauderdale Courtroom 310**   Date: 11/26/2024   Time: 11:00AM

**Defendant:** Darrin Alexander Roker (J)   **J#:**   **Case #:** 24-mj-6574-AOV

**AUSA:** Deric Zaccca   **Attorney:**

**Violation:** 21 U.S.C.§ 963 Cocaine importation conspiracy; 18 U.S.C.§ 924 Firearms use, carrying, and possession; 18 U.S.C.§ 924 Firearms conspiracy

**Proceeding:** Initial Appearance on Removal   **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☒ No   **Recommended Bond:**

**Bond Set at:** Pretrial Detention   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS **as directed**/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other:

**Language:** English

**Disposition:** Def. present in court. Def. advised of his rights and charges. Gov't motion to unseal case – granted. See Order. Def. was not sworn in as to appointment of counsel and colloquy was not administered. AFPD assisted the defendant and appeared as a friend of the court. Waiver of Rule 5 and 5.1 Removal/Identity hearing filed and signed in open court. Commitment Order to the Southern District of New York signed in open court. Defendant to be removed to the SD/NY.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report Re Counsel:**
**PTD**/Bond Hearing:
**Prelim/Arraign** or Removal:
Status Conference RE:

**D.A.R.** 12:02:31/12:38:52   **Time in Court:** 15 minutes

**CHECK IF APPLICABLE:** __For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..